# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| In Re: | : |  |
|---|---|---|
|  | : |  |
| COVID-19 PUBLIC HEALTH & SAFETY | : | STANDING ORDER 2020-02 |
|  | : |  |
|  | : |  |

## AMENDMENT TO
## STANDING ORDER 2020-01

Given the evolving need to address continued court operations in light of the COVID-19 (coronavirus) pandemic, the Court amends its Standing Order which was previously issued on March 16, 2020. From today through May 16, 2020, unless ordered otherwise by the judge assigned to the particular case and based upon exceptional circumstances, all hearings in criminal cases are hereby canceled, except for the following:

1. Initial appearances;

2. Arraignments;

3. Detention hearings;

4. Revocation of supervised release and/or bond hearings;

5. Sentencing hearings in which it is likely the defendant will receive a sentence of time served.

To the extent possible with available technology, initial appearances, arraignments and detention hearings shall be held remotely pursuant to the applicable rules and as directed by the judge assigned to the case.

A defendant or the government shall have the right to file a motion to have a hearing on any matter not listed in items 1-5 above, but any such motion shall demonstrate exceptional circumstances for holding the hearing prior to May 16, 2020.

For any hearings and proceedings canceled by today's order, the period from March 17,

2020 to May 16, 2020 shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) to the extent that the Court's previous standing order does not exclude that period for such hearings and proceedings. As the Court found previously, the right of defendants in these cases and the public to a speedier trial and/or hearing during the period ending on May 16, 2020 is substantially outweighed by the public interest of protecting the health and safety of the defendants, case participants, court employees, jurors, and the public. The ends of justice require these cancelations and continuances. Although this order shall have the effect of canceling and continuing all hearings and proceedings except for those listed in items 1-5 above through May 16, 2020, any defendant in a criminal case shall have the right to file a motion for a speedier hearing and/or trial, which shall be considered and decided by the judge assigned to the defendant's case.

Except to the extent modified hereinabove, the Court's Standing Order dated March 16, 2020 remains in full force and effect.

**SO ORDERED**, this 20th day of March, 2020.

S/ Clay D. Land
CLAY D. LAND
CHIEF UNITED STATES DISTRICT JUDGE