IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No:  4:18-CR-00007-CDL-CHW |
| | : | |
| **DARYL LINDSEY,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Defendant was charged on February 14, 2025, ECF No. 1, and arraigned on June 18, 2025, ECF No. 18. Defendant moves to continue the Pre-Trial Conference in this matter, that is currently set for 9:30 a.m. on Friday, July 25, 2025. ECF No. 24. The Assistant United States Attorney does not oppose this request.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **December 2025 term**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 18th day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA